# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Michael Madaki Terry<br>Buccal Swabs (DNA Sample) | ) ) ) ) ) ) Case No. 3:25-mc-441 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Michael Madaki Terry, DOB 2/12/1991, Buccal Swabs (DNA Sample). Location - 12125 SE Ramona St. Portland, OR 97266

located in the _____ District of ___Oregon___, there is now concealed *(identify the person or describe the property to be seized)*:

The information and items set forth in Attachment B hereto.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21 Section 841(a)(1) | Possession with Intent to Distribute a Controlled Substance |

The application is based on these facts:
See affidavit which is attached hereto and incorporated herein by this reference.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Peter Read, Detective/FBI TFO
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone at 4:07pm a.m./p.m. *(specify reliable electronic means)*.

*(signature: Stacie F. Beckerman)*

Date: April 18, 2025
*Judge's signature*

City and state: Portland, Oregon        Stacie F. Beckerman, United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Person to be Searched

Based upon the information contained in this affidavit, I am requesting a warrant to search the following individual:

Michael Madaki Terry, date of birth 2/12/1991, a 5'09", 195-pound black male. Michael Madaki Terry currently resides at 12125 SE Ramona St. Portland, OR 97266.

## ATTACHMENT B

The items to be searched for, seized, and examined, are those items on Michael Madaki Terry that contain evidence, contraband, fruits, and instrumentalities of violations of Title 21 U.S.C. 841(a)(1)

The items to be seized include:

1. DNA standard by obtaining four (4) buccal swabs from the interior of Michael Madaki Terry's cheek. These swabs are to be collected by FBI and its designated agents.

DISTRICT OF OREGON, ss:       AFFIDAVIT OF PETER READ

**Affidavit in Support of an Application
Under Rule 41 for a Search Warrant**

I, Peter Read, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1. I am a Detective/FBI TFO with the Multnomah County Sheriff's assigned to the Special Investigations Unit and have been with the Sheriff's Office since the hire date of February 19, 2008. I currently hold a Basic, Intermediate and advanced Police Officer Certification – accredited by the Oregon Department of Public Safety Standards & Training (DPSST). I have attended hundreds of hours of police training including the International Narcotics Interdiction Conference, the California Narcotics Officers Conference and Oregon Narcotics Enforcement Conference which teach the current trends in the illicit drug world, the basic profile of drug traffickers, the handling of confidential informants and more. I have been sworn in by the U.S. Department of Justice Federal Bureau of Investigations (FBI) as a Special Federal Officer authorizing me to exercise the powers of enforcement personnel set forth in Title 21, Section 878, Unites States Code.

2. During my employment as a sworn law enforcement officer, I have investigated hundreds of criminal incidents. Those criminal incidents include, but are not limited to: DUII's, assaults, thefts, criminal mischiefs, robberies, burglaries, forgeries, identity thefts, weapons offenses, narcotics offenses, sex offenses and fugitive apprehension. I am familiar with criminal investigations and the collection of evidence, which support those criminal investigations and have

personally conducted at least 100 drug investigations resulting in warrants being issued, commercial quantities of drugs seized and felony arrests.

3. I submit this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant to collect DNA from Michael Terry (hereinafter "TERRY"). As set forth below, I have probable cause to believe TERRY's DNA will assist in determining his role in the offense being investigated.

4. This affidavit is intended to show only that there is sufficient probable cause for the requested warrants and does not set forth all my knowledge about this matter. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, a review of records related to this investigation, communications with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience.

## Applicable Law

5. Title 21, U.S.C., Section 841(a)(1), (b)(1)(A)(II) makes it illegal to possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a schedule II-controlled substance.

## Statement of Probable Cause

6. The Federal Bureau of Investigation (FBI) and Multnomah County Sheriff's Office (MCSO) (hereinafter referred to collectively as "Investigators") are investigating a drug trafficking organization (DTO) in the Portland Metropolitan area in which **TERRY** and others, both known and unknown to Investigators, are believed to be participants.

7. As a part of this investigation, on or about April 1, 2025, law enforcement apprehended TERRY as he came out of an apartment complex, where a unit was registered to him, on NW Overton St., Portland Oregon. Upon being contacted by Law Enforcement, TERRY fled on foot. He was apprehended in the area of NW 9th and NW Northrup St. Law Enforcement lodged an iPhone, a gold chain and pendant, keys and $2470 in cash, all of which were found on or near TERRY, into evidence.

8. Pursuant to a premises search warrant signed by the Honorable Youlee Yim You, United States Magistrate Judge, on April 1, 2025, (3:25-mc-366), law enforcement conducted a search of the premises registered to TERRY on NW Overton St., Portland OR. They found multiple items indicative of drug trafficking, to include kilo packaging in the kitchen (evidentiary item #13), six baggies of white or brown powdery substances (evidentiary items # 8 #9 #10 #11), a bag of bar shaped pills. a digital scale, and a money counter. The two aforementioned items were photographed in place but not taken. The substances sampled tested presumptively positive for the presumptive presence of cocaine, a Schedule II-controlled substance and MDMA. Evidentiary items were securely lodged for further investigation.

9. On or about April 3, 2025, I obtained a search warrant for a Maserati believed to belong to TERRY from the Honorable Youlee Yim You, United States Magistrate Judge (3:25-mc-376). Inside the vehicle in the backseat, in a laundry basket, investigators found a black duffle bag containing nine kilo sized packages of suspected cocaine. Detective Kevin Jones later conducted a field test using a Mobile Detect Kit on one of the bricks of suspected cocaine. The substance tested positive for the presumptive presence of cocaine a Schedule II-controlled substance. Two firearms were also located in the Maserati near the cocaine. One firearm was an

AK style rifle (No serial number) with the other a Cobray Company Mac 10 style firearm (serial # 94-0033004). This firearm had a high capacity 30 round magazine. Both guns were swabbed for DNA. Based on my training and experience, I know that individuals engaged in drug trafficking and distribution often carry firearms to protect themselves and to facilitate their illegal drug trafficking activities.

10. On April 4, 2025, the Honorable Youlee Yim You, United States Magistrate Judge, signed a criminal complaint charging TERRY with Possession with Intent to Distribute 5 Kilograms or more of a mixture or substance containing a detectable amount of cocaine, a schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(II).

11. Based on my training and experience, and in consultation with others in law enforcement, I am aware that DNA collected from TERRY can be analyzed and compared to DNA samples collected from items of evidence, including the two aforementioned firearms and drug packaging, in this case. I am also aware that DNA is a unique identifier that will assist in establishing the role of TERRY in the offense under investigation. After receipt of the DNA sample that is sought by this search warrant, the FBI/MCSO Laboratory will compare the DNA sample to the DNA recovered from examined evidence.

## Conclusion

12. Based on the foregoing, I have probable cause to believe TERRY possessed a controlled substance, cocaine, with intent to distribute it. I have probable cause to believe that DNA from TERRY, which may be obtained by swabbing the interior cheek of his mouth, will yield further evidence that TERRY has committed violations of possession with intent to distribute a controlled substance. I therefore request that the Court issue the requested search

warrant pursuant to Federal Rule of Criminal Procedure 41. I further request that the Federal Bureau of Investigations and its designated agents be permitted to collect a DNA sample from TERRY pursuant to the warrant.

13. Prior to being submitted to the Court, this affidavit, the accompanying application, and the requested search warrant were all reviewed by Assistant United States Attorney (AUSA) Kate Rochat. I was informed that it is AUSA Rochat's opinion that the affidavit and application are legally and factually sufficient to establish probable cause to support the issuance of the requested warrant and that the information likely to be obtained is relevant to an ongoing criminal investigation.

/s/ Sworn to by telephone
_____
Peter Read, Detective/FBI TFO
Federal Bureau of Investigation

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at <u>4:07</u> p.m. on April <u>18</u>, 2025.

*Stacie F. Beckerman*
_____
HONORABLE STACIE F. BECKERMAN
United States Magistrate Judge